FILED
TIME 3:50 pm

MAY 26 2015

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No: 2:15-cr-134 |
| | : | |
| vs. | : | JUDGE Sargus |
| | : | |
| RAYMOND J. WILKE | : | 18 U.S.C. § 922(a)(1)(A) |
| | : | 18 U.S.C. § 922(a)(1)(D) |
| | : | 18 U.S.C. § 924(d) |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

From on or about January 1, 2013, through and including December 20, 2013, in the Southern District of Ohio, Defendant **RAYMOND J. WILKE**, not being a licensed dealer of firearms did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D).

### FORFEITURE COUNT A

1. The allegation of Count 1 of the Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 924(d)(1).

2. As a result of the offense alleged in Count 1 of the Information, **RAYMOND J. WILKE**, shall forfeit to the United States all firearms and ammunition involved in the aforestated offense, specifically, 123 firearms, as described in Exhibit A. attached to this Information.

In violation of 18 U.S.C. § 922(a)(1)(A) and forfeiture pursuant to 18 U.S.C. § 924(d).

CARTER M. STEWART
United States Attorney

_____
GARY L. SPARTIS
Columbus Branch Chief

Exhibit A
Robert J. Wilke Firearms

| | Asset ID | Asset Description |
|---|---|---|
| 1. | 14-ATF-004023 | Unknown manufacturer, unknown caliber shotgun, SN none |
| 2. | 14-ATF-004024 | Ruger M77 22 caliber rifle, SN 70-45449 |
| 3. | 14-ATF-004025 | Marlin Firearms Co. 42 12 gauge shotgun, SN 2600 |
| 4. | 14-ATF-004026 | Wichester 1897 12 gauge shotgun, SN C85114 |
| 5. | 14-ATF-004027 | Winchester 24 16 gauge shotgun, SN 44072 |
| 6. | 14-ATF-004028 | Manhattan Arms Co. unknown type or caliber shotgun, SN none |
| 7. | 14-ATF-004029 | Winchester 94 30-30 rifle, SN NRA43045 |
| 8. | 14-ATF-004030 | Weatherby 12 gauge shotgun, SN E009517 |
| 9. | 14-ATF-004031 | Remington Arms Company, Inc. 788 22-250 rifle, SN B6065892 |
| 10. | 14-ATF-004032 | Lancaster Consulting (Lancaster Arms) unknown type or caliber shotgun, SN 2757 |
| 11. | 14-ATF-004033 | Benelli, S. PA Nova 12 gauge shotgun, SN Z643033C |
| 12. | 14-ATF-004034 | Mauser rifle, caliber 8, SN 3130 |
| 13. | 14-ATF-004035 | Winchester 94 30-30 rifle, SN 6376647 |
| 14. | 14-ATF-004036 | Marlin Firearms Co. 57 22 caliber rifle, SN none |
| 15. | 14-ATF-004037 | Remington Arms Company, Inc. Sportsman 12 gauge shotgun, SN N984631V |
| 16. | 14-ATF-004038 | Franchi unknown type or caliber shotgun, SN FC72492 |
| 17. | 14-ATF-004039 | Unknown manufacturer 16 gauge shotgun, SN U36279 |
| 18. | 14-ATF-004040 | German Sports Guns Kalashnikov 22 caliber rifle, SN A450586 |
| 19. | 14-ATF-004041 | Remington Arms Company, Inc. 7400 rifle, caliber 243, SN B8184731 |
| 20. | 14-ATF-004042 | Remington Arms Company, Inc. 7 7-08 caliber rifle, SN 7649609 |
| 21. | 14-ATF-004043 | Marlin Firearms Co. 1895SS 45-70 caliber rifle, SN 04015839 |
| 22. | 14-ATF-004044 | Rock Island Armory, Inc. (Geneseo, IL) unknown caliber shotgun, SN RIA 1388891 |
| 23. | 14-ATF-004045 | Savage 93 22 caliber rifle, SN 0203326 |
| 24. | 14-ATF-004046 | Winchester 77 22 caliber rifle, SN 93588 |
| 25. | 14-ATF-004047 | Remington Arms Company, Inc. 24 22 caliber rifle, SN 50098 |
| 26. | 14-ATF-004048 | Harrington and Richardson 45-70 caliber rifle, SN HK487630 |
| 27. | 14-ATF-004049 | Colt Colteer 22 caliber rifle, SN none |
| 28. | 14-ATF-004050 | Remington Arms Company, Inc. 760 30-06 caliber rifle, SN 159636 |
| 29. | 14-ATF-004051 | DC Industries FA91 308 caliber rifle, SN 003016 |
| 30. | 14-ATF-004053 | Uberti, Aldo 44-40 caliber rifle, SN 51059 |
| 31. | 14-ATF-004054 | Remington Arms Company, Inc. 700 30-06 caliber rifle, SN 13188 |
| 32. | 14-ATF-004055 | Ruger 223 caliber rifle, SN 19562748 |
| 33. | 14-ATF-004056 | Browning Light 12 12 gauge shotgun, SN 87896S8 |
| 34. | 14-ATF-004057 | Browning Sweet 16 16 gauge shotgun, SN 8-22355 |
| 35. | 14-ATF-004058 | Unknown manufacturer, unknown caliber rifle, SN 79909 |

Exhibit A
Robert J. Wilke Firearms

| # | Asset ID | Asset Description |
|---|---|---|
| 36. | 14-ATF-004059 | Remington Arms Company, Inc. 870 12 gauge shotgun, SN RS87757C |
| 37. | 14-ATF-004060 | Remington Arms Company, Inc. 870 12 gauge shotgun, SN RS51628A |
| 38. | 14-ATF-004062 | NORINCO (North China Industries) unknown caliber rifle, SN 731560 |
| 39. | 14-ATF-004063 | Marlin Firearms Co. 410 410 gauge shotgun, SN 97026398 |
| 40. | 14-ATF-004064 | Remington Arms Company, Inc. 870 12 gauge shotgun, SN D979406M |
| 41. | 14-ATF-004065 | Unknown manufacturer, unknown caliber rifle, SN OT-47625 |
| 42. | 14-ATF-004066 | Winchester 1912 20 gauge shotgun, SN 278857 |
| 43. | 14-ATF-004067 | Franchi 48AL 12 gauge shotgun, SN U28677 |
| 44. | 14-ATF-004068 | Taurus PT99AF 9mm pistol, SN TID81557 |
| 45. | 14-ATF-004069 | Smith & Wesson 629 629 caliber revolver, SN AMH0021 |
| 46. | 14-ATF-004070 | Steyr 1916 9mm pistol, SN 5287 |
| 47. | 14-ATF-004071 | 32 rounds of 9mm ammunition |
| 48. | 14-ATF-004072 | Unknown manufacturer, unknown caliber pistol, SN S17661 |
| 49. | 14-ATF-004074 | Ruger SR45 45 caliber pistol, SN 38022054 |
| 50. | 14-ATF-004075 | Ruger Single Six 22 caliber revolver, SN 152053 |
| 51. | 14-ATF-004076 | Cot Combat Commander 9mm pistol, SN 80BS1857 |
| 52. | 14-ATF-004077 | Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle 44 caliber pistol, SN 3083 |
| 53. | 14-ATF-004078 | Ruger unknown caliber revolver, SN 56-55539 |
| 54. | 14-ATF-004079 | Colt 32 caliber pistol, SN 178303 |
| 55. | 14-ATF-004080 | Colt unknown caliber pistol, SN none |
| 56. | 14-ATF-004081 | Brno Zbrojovka unknown caliber pistol, SN M05705 |
| 57. | 14-ATF-004082 | Universal Firearms Corp. M1 30 caliber rifle, SN 334602 |
| 58. | 14-ATF-004083 | Colt Python 357 caliber revolver, SN 49196 |
| 59. | 14-ATF-004084 | Taurus PT945 45 caliber pistol, SN NXF90187 |
| 60. | 14-ATF-004085 | CZ (Ceska Zbrojovka) unknown caliber pistol, SN B975008 |
| 61. | 14-ATF-004086 | Smith & Wesson 43 22 caliber revolver, SN M38455 |
| 62. | 14-ATF-004087 | Colt New Frontier 22 caliber revolver, SN L14616 |
| 63. | 14-ATF-004088 | Mauser unknown caliber pistol, SN 9091 |
| 64. | 14-ATF-004089 | Taurus International PT22 22 caliber pistol, SN Y166046 |
| 65. | 14-ATF-004090 | Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle 50 caliber pistol, SN 94595 |
| 66. | 14-ATF-004091 | Radom P35 9mm pistol, SN A6316 |
| 67. | 14-ATF-004092 | Browning 9mm pistol, SN 10T162 |
| 68. | 14-ATF-004093 | Remington Arms Company, Inc. unknown caliber pistol, SN 1849443 |
| 69. | 14-ATF-004094 | Colt 32 caliber pistol, SN 310913 |
| 70. | 14-ATF-004095 | Walther unknown caliber pistol, SN 5603E |
| 71. | 14-ATF-004096 | Luger 9mm pistol, SN 2558 |
| 72. | 14-ATF-004097 | Colt unknown caliber pistol, SN 511004 |
| 73. | 14-ATF-004099 | Mauser 765 caliber pistol, SN 301221 |

Exhibit A
Robert J. Wilke Firearms

| | Asset ID | Asset Description |
|---|---|---|
| 74. | 14-ATF-004100 | Taurus International PT22 22 caliber pistol, SN Z008951 |
| 75. | 14-ATF-004101 | Luger 30 caliber pistol, SN 5817 |
| 76. | 14-ATF-004102 | Romania unknown caliber pistol, SN B19821953 |
| 77. | 14-ATF-004103 | Shooters Arms Manufacturing, Inc. GI 45 caliber pistol, SN ML100868 |
| 78. | 14-ATF-004104 | Star, Bonifacio Echeverria Super 9mm pistol, SN 029424 |
| 79. | 14-ATF-004105 | Taurus PT99 9mm pistol, SN L48732 |
| 80. | 14-ATF-004106 | Unknown manufacturer, unknown caliber pistol, SN 71512 |
| 81. | 14-ATF-004107 | Unknown manufacturer, 45 caliber pistol, SN 0303873 |
| 82. | 14-ATF-004108 | Mauser HSC 380 caliber pistol, SN 010759 |
| 83. | 14-ATF-004109 | Colt SAA 45 caliber revolver, SN 28938SA |
| 84. | 14-ATF-004110 | Uberti, Aldo Maverick Derringer 357 caliber, SN 811 |
| 85. | 14-ATF-004111 | Colt Woodsman 22 caliber pistol, SN 127216S |
| 86. | 14-ATF-004112 | Smith & Wesson 29 44 caliber revolver, SN N681956 |
| 87. | 14-ATF-004113 | Colt Gold Gup Natl Match 45 caliber pistol, SN FN38104 |
| 88. | 14-ATF-004114 | Colt Government 45 caliber pistol, SN 70B51562 |
| 89. | 14-ATF-004115 | Colt Service Model Ace 22 caliber pistol, SN SM39510 |
| 90. | 14-ATF-004116 | Smith & Wesson 29 Classic 44 caliber revolver, SN CCR4523 |
| 91. | 14-ATF-004117 | Smith & Wesson unknown caliber revolver, SN 28273 |
| 92. | 14-ATF-004119 | Colt Frontier Scout 22 caliber revolver, SN 238978F |
| 93. | 14-ATF-004120 | Smith & Wesson 25 45 caliber revolver, SN N716356 |
| 94. | 14-ATF-004121 | Smith & Wesson 29 Classic 44 caliber revolver, SN BRF2813 |
| 95. | 14-ATF-004122 | Colt Frontier Scout 62 22 caliber revolver, SN 6270P |
| 96. | 14-ATF-004125 | Colt Frontier Scout 22 caliber revolver, SN 109105F |
| 97. | 14-ATF-004126 | Uberti, Aldo Cattleman 45 caliber revolver, SN K1093 |
| 98. | 14-ATF-004128 | Ruger Super Blackhawk 44 caliber revolver, SN 8711666 |
| 99. | 14-ATF-004130 | Ruger Super Blackhawk 44 caliber revolver, SN 80-19895 |
| 100. | 14-ATF-004132 | Ruger Blackhawk 44 caliber revolver, SN 21494 |
| 101. | 14-ATF-004134 | Smith & Wesson 38 38 caliber revolver, SN 03825 |
| 102. | 14-ATF-004135 | Smith & Wesson unknown caliber revolver, SN 8745 |
| 103. | 14-ATF-004136 | Star, Bonifacio Echeverria 9mm pistol, SN 1733635 |
| 104. | 14-ATF-004137 | Springfield Armory, Geneseo, IL 9mm pistol, SN D908956 |
| 105. | 14-ATF-004138 | Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle 41/44 caliber pistol, SN 77905 |
| 106. | 14-ATF-004139 | Colt Agent 38 caliber revolver, SN 242216 |
| 107. | 14-ATF-004140 | Steyr M9-A1 9mm pistol, SN 052817 |
| 108. | 14-ATF-004141 | Manuel Escondin 1924 32 caliber revolver, SN M260635 |
| 109. | 14-ATF-004142 | Ruger Blackhawk 357 caliber revolver, SN 73388 |
| 110. | 14-ATF-004143 | CZ (Ceska Zbrojovka) CZ78 SP-01 9mm pistol, SN A663035 |
| 111. | 14-ATF-004144 | Para-Ordnance Mfg. Inc. Slim Hawg 45 caliber pistol, SN P212739 |

Exhibit A
Robert J. Wilke Firearms

| | Asset ID | Asset Description |
|---|---|---|
| 112. | 14-ATF-004145 | Glock Inc 21 45 caliber pistol, SN RPH311 |
| 113. | 14-ATF-004146 | Sig-Sauer P220 45 caliber pistol, SN G259609 |
| 114. | 14-ATF-004147 | Beretta USA Corp. M9 9mm pistol, SN M9131919 |
| 115. | 14-ATF-004148 | Beretta USA Corp. 92F 9mm pistol, SN BER032916Z |
| 116. | 14-ATF-004149 | Tanfoglio, F LLI, S.N.C. Witness 45 caliber pistol, SN AE71803 |
| 117. | 14-ATF-004150 | Taurus Tracker 44 caliber revolver, SN DZ33109 |
| 118. | 14-ATF-004151 | North American Arms Guardian 32 caliber pistol, SN AC04084 |
| 119. | 14-ATF-004152 | Heckler and Koch P7 9mm pistol, SN 10271 |
| 120. | 14-ATF-004154 | Browning 25 caliber pistol, SN 304085 |
| 121. | 14-ATF-004156 | Ruger Super Bearcat 22 caliber revolver, SN 9154124 |
| 122. | 14-ATF-004157 | Astra 2000 Cub 25 caliber pistol, SN 932211 |
| 123. | 14-ATF-004158 | Bernardelli, Vincenzo 60 22 caliber pistol, SN A32793 |