IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CR-2-15-134 |
| | : | JUDGE SARGUS |
| v. | : | |
| RAYMOND J. WILKE, | : | |
| Defendant. | : | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the Information (Doc. 1) filed in this action contained a forfeiture allegation (Forfeiture A) notifying Defendant Raymond J. Wilke that the United States sought the forfeiture of specific property, pursuant to 18 U.S.C. §924(d)(1), based on the conduct of Defendant Raymond J. Wilke in Count One of the Information, in violation of 18 U.S.C. §922(a)(1)(A) and 18 U.S.C. §924(a)(1)(D), which property is fully described below ("subject property"); and

WHEREAS, on June 16, 2015, Defendant Raymond J. Wilke entered a Plea of Guilty to Count One of the Information; and

WHEREAS, in the Plea Agreement (Doc. 2) filed on May 26, 2015, Defendant Raymond J. Wilke agreed to forfeit all right, title, and interest he has in the items listed in Exhibit A of the Information in this case consisting of 123 firearms[1]. Defendant Raymond J. Wilke agreed that these firearms were involved in the offense to which he has agreed to plead guilty and gave up any ownership rights he may have in these firearms. Defendant Raymond J. Wilke also agreed not to contest the forfeiture, whether administrative, civil, or criminal of said subject property

---

[1] The designated agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives has notified the United States that several of the seized firearms were reported stolen and will be returned to their owners upon completion of this matter. As a result, the total number of firearms seized in this matter that are subject to forfeiture is 120 and are described below.

and waived any rights he may have to notice and an opportunity to be heard concerning the disposition of the firearms. Defendant Raymond J. Wilke agreed to forfeit all of his right, title, and interest in the seized firearms and agreed to give full assistance to the United States to resolve in its favor any claim by another to the subject property. Finally, Defendant Raymond J. Wilke waived any failure by the Court to fully comply with the requirements of Fed. R. Crim. P. 32.2(b)(4).

WHEREAS, by virtue of said Information, Guilty Plea, and Plea Agreement the Court has determined that the requisite nexus exists between the subject property and Count One of the Information, that the subject property is forfeitable pursuant to 18 U.S.C. §924(d)(1), and that the United States is now entitled to possession of the subject property.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1. That Defendant Raymond J. Wilke shall forfeit to the United States the subject property that is:

**Approximately One Hundred Twenty (12) firearms, including any ammunition, seized from Defendant Raymond J. Wilke and more specifically described as:**

1. **Unknown manufacturer, unknown caliber shotgun, SN none;**

2. **Ruger M77 22 caliber rifle, SN 70-45449;**

3. **Marlin Firearms Co. 42 12 gauge shotgun, SN 2600;**

4. **Wichester 1897 12 gauge shotgun, SN C85114;**

5. **Winchester 24 16 gauge shotgun, SN 44072;**

6. **Manhattan Arms Co. unknown type or caliber shotgun, SN none;**

7. **Winchester 94 30-30 rifle, SN NRA43045;**

8. **Weatherby 12 gauge shotgun, SN E009517;**

9. Remington Arms Company, Inc. 788 22-250 rifle, SN B6065892;

10. Lancaster Consulting (Lancaster Arms) unknown type or caliber shotgun, SN 2757;

11. Benelli, S. PA Nova 12 gauge shotgun, SN Z643033C;

12. Mauser rifle, caliber 8, SN 3130;

13. Winchester 94 30-30 rifle, SN 6376647;

14. Marlin Firearms Co. 57 22 caliber rifle, SN none;

15. Remington Arms Company, Inc. Sportsman 12 gauge shotgun, SN N984631V;

16. Franchi unknown type or caliber shotgun, SN FC72492;

17. Unknown manufacturer 16 gauge shotgun, SN U36279;

18. German Sports Guns Kalashnikov 22 caliber rifle, SN A450586;

19. Remington Arms Company, Inc. 7400 rifle, caliber 243, SN B8184731;

20. Remington Arms Company, Inc. 7 7-08 caliber rifle, SN 7649609;

21. Marlin Firearms Co. 1895SS 45-70 caliber rifle, SN 04015839;

22. Rock Island Armory, Inc. (Geneseo, IL) unknown caliber shotgun, SN RIA 1388891;

23. Savage 93 22 caliber rifle, SN 0203326;

24. Winchester 77 22 caliber rifle, SN 93588;

25. Remington Arms Company, Inc. 24 22 caliber rifle, SN 50098;

26. Harrington and Richardson 45-70 caliber rifle, SN HK487630;

27. Colt Colteer 22 caliber rifle, SN none;

28. Remington Arms Company, Inc. 760 30-06 caliber rifle, SN 159636;

29. DC Industries FA91 308 caliber rifle, SN 003016;

30. Uberti, Aldo 44-40 caliber rifle, SN 51059;

31. Remington Arms Company, Inc. 700 30-06 caliber rifle, SN 13188;

32. Browning Light 12 12 gauge shotgun, SN 87896S8;

33. Browning Sweet 16 16 gauge shotgun, SN 8-22355;

34. Unknown manufacturer, unknown caliber rifle, SN 79909;

35. Remington Arms Company, Inc. 870 12 gauge shotgun, SN RS87757C;

36. Remington Arms Company, Inc. 870 12 gauge shotgun, SN RS51628A;

37. NORINCO (North China Industries) unknown caliber rifle, SN 731560;

38. Marlin Firearms Co. 410 410 gauge shotgun, SN 97026398;

39. Remington Arms Company, Inc. 870 12 gauge shotgun, SN D979406M;

40. Unknown manufacturer, unknown caliber rifle, SN OT-47625;

41. Winchester 1912 20 gauge shotgun, SN 278857;

42. Franchi 48AL 12 gauge shotgun, SN U28677;

43. Taurus PT99AF 9mm pistol, SN TID81557;

44. Smith & Wesson 629 629 caliber revolver, SN AMH0021;

45. Steyr 1916 9mm pistol, SN 5287;

46. 32 rounds of 9mm ammunition;

47. Unknown manufacturer, unknown caliber pistol, SN S17661;

48. Ruger SR45 45 caliber pistol, SN 38022054;

49. Ruger Single Six 22 caliber revolver, SN 152053;

50. Cot Combat Commander 9mm pistol, SN 80BS1857;

51. Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle 44 caliber pistol, SN 3083;

52. Ruger unknown caliber revolver, SN 56-55539;

53. Colt 32 caliber pistol, SN 178303;

54. Colt unknown caliber pistol, SN none;

55. Brno Zbrojovka unknown caliber pistol, SN M05705;

56. Universal Firearms Corp. M1 30 caliber rifle, SN 334602;

57. Colt Python 357 caliber revolver, SN 49196;

58. Taurus PT945 45 caliber pistol, SN NXF90187;

59. CZ (Ceska Zbrojovka) unknown caliber pistol, SN B975008;

60. Smith & Wesson 43 22 caliber revolver, SN M38455;

61. Colt New Frontier 22 caliber revolver, SN L14616;

62. Mauser unknown caliber pistol, SN 9091;

63. Taurus International PT22 22 caliber pistol, SN Y166046;

64. Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle 50 caliber pistol, SN 94595;

65. Radom P35 9mm pistol, SN A6316;

66. Browning 9mm pistol, SN 10T162;

67. Remington Arms Company, Inc. unknown caliber pistol, SN 1849443;

68. Colt 32 caliber pistol, SN 310913;

69. Walther unknown caliber pistol, SN 5603E;

70. Luger 9mm pistol, SN 2558;

71. Colt unknown caliber pistol, SN 511004;

72. Mauser 765 caliber pistol, SN 301221;

73. Taurus International PT22 22 caliber pistol, SN Z008951;

74. Luger 30 caliber pistol, SN 5817;

75. Romania unknown caliber pistol, SN B19821953;

76. Shooters Arms Manufacturing, Inc. GI 45 caliber pistol, SN ML100868;

77. Star, Bonifacio Echeverria Super 9mm pistol, SN 029424;

78. Taurus PT99 9mm pistol, SN L48732;

79. Unknown manufacturer, unknown caliber pistol, SN 71512;

80. Unknown manufacturer, 45 caliber pistol, SN 0303873;

81. Mauser HSC 380 caliber pistol, SN 010759;

82. Colt SAA 45 caliber revolver, SN 28938SA;

83. Uberti, Aldo Maverick Derringer 357 caliber, SN 811;

84. Colt Woodsman 22 caliber pistol, SN 127216S;

85. Smith & Wesson 29 44 caliber revolver, SN N681956;

86. Colt Gold Gup Natl Match 45 caliber pistol, SN FN38104;

87. Colt Government 45 caliber pistol, SN 70B51562;

88. Colt Service Model Ace 22 caliber pistol, SN SM39510;

89. Smith & Wesson 29 Classic 44 caliber revolver, SN CCR4523;

90. Smith & Wesson unknown caliber revolver, SN 28273;

91. Colt Frontier Scout 22 caliber revolver, SN 238978F;

92. Smith & Wesson 25 45 caliber revolver, SN N716356;

93. Smith & Wesson 29 Classic 44 caliber revolver, SN BRF2813;

94. Colt Frontier Scout 62 22 caliber revolver, SN 6270P;

95. Colt Frontier Scout 22 caliber revolver, SN 109105F;

6

96. Uberti, Aldo Cattleman 45 caliber revolver, SN K1093;

97. Ruger Super Blackhawk 44 caliber revolver, SN 8711666;

98. Ruger Super Blackhawk 44 caliber revolver, SN 80-19895;

99. Ruger Blackhawk 44 caliber revolver, SN 21494;

100. Smith & Wesson 38 38 caliber revolver, SN 03825;

101. Smith & Wesson unknown caliber revolver, SN 8745;

102. Springfield Armory, Geneseo, IL 9mm pistol, SN D908956;

103. Israel Weapon IND-IWI (Israel Military IND-IMI) Desert Eagle 41/44 caliber pistol, SN 77905;

104. Colt Agent 38 caliber revolver, SN 242216;

105. Steyr M9-A1 9mm pistol, SN 052817;

106. Manuel Escondin 1924 32 caliber revolver, SN M260635;

107. Ruger Blackhawk 357 caliber revolver, SN 73388;

108. CZ (Ceska Zbrojovka) CZ78 SP-01 9mm pistol, SN A663035;

109. Para-Ordnance Mfg. Inc. Slim Hawg 45 caliber pistol, SN P212739;

110. Glock Inc 21 45 caliber pistol, SN RPH311;

111. Sig-Sauer P220 45 caliber pistol, SN G259609;

112. Beretta USA Corp. M9 9mm pistol, SN M9131919;

113. Beretta USA Corp. 92F 9mm pistol, SN BER032916Z;

114. Tanfoglio, F LLI, S.N.C. Witness 45 caliber pistol, SN AE71803;

115. Taurus Tracker 44 caliber revolver, SN DZ33109;

116. North American Arms Guardian 32 caliber pistol, SN AC04084;

117. Heckler and Koch P7 9mm pistol, SN 10271;

118. Browning 25 caliber pistol, SN 304085;

119. **Ruger Super Bearcat 22 caliber revolver, SN 9154124;**

120. **Astra 2000 Cub 25 caliber pistol, SN 932211; and**

121. **Bernardelli, Vincenzo 60 22 caliber pistol, SN A32793.**

2. That the designated agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall immediately seize the subject property and hold same in his secure custody and control.

3. That the United States is authorized to conduct any discovery proper in identifying, locating or disposing of the subject property in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. That the United States shall publish, in accordance with the provisions of 21 U.S.C. §853(n), notice of this Order and notice of its intent to dispose of the subject property in such manner as the Attorney General may direct.

5. The United States shall also provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding in accordance with Fed. R. Crim. P. 32.2(b)(6).

6. That pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Raymond J. Wilke at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

7. That following the Court's disposition of all petitions filed pursuant to 21 U.S.C. §853(n), or, if no such petitions are filed, following the expiration of the period for the filing of such petitions, the United States shall have clear title to the subject property.

8

8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

ORDERED this 24 day of Jun, 2015.

_____
HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Timothy D. Prichard
TIMOTHY D. PRICHARD (0059455)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Tim.Prichard@usdoj.gov