# CRIMINAL MINUTES

CR-2-15-134

USA vs. RAYMOND J. WILKE
    (On Bond)

## SENTENCING

Hearing held on Thursday, 12/10/15
1:55 pm
before Judge Edmund A. Sargus, Jr.

For Govt: Tim Prichard , AUSA

For Deft: Derek DeBrosse, Esq.
    Michael R. Moran, Esq.

PO Richard Lenhart

- Defendant sentenced to 6 MONTHS of Incarceration; 2 Years of Supervised Release to include 4 months at the Alvis House and thereafter, 8 Months of Home Confinement as special conditions of Supervised Release; to comply with standard and special conditions of S Release; fine of $5000; Special Assessment of $100; Forfeiture ordered; advised of his Appeal rights;  Judgment and Commitment Order to be issued June 1, 2016; self surrender

.

(30 mins)
Laura Samuels, Court Reporter
Pam Barron,  Law Clerk
Andy Quisumbing, Courtroom Deputy