# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-CR-134 |
| ) | |
| v. ) | CHIEF JUDGE SARGUS |
| ) | |
| RAYMOND J. WILKE ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's unopposed Motion to Modify Sentence. (ECF No. 28.) Defendant requests that his sentence be modified to permit him to serve the remainder of his sentence under home confinement. The United States does not oppose this motion, and the Probation Office and Alvis House management concur that Defendant will not benefit from a further stay at Alvis House.

Based on the foregoing, the Court **GRANTS** the Defendant's Motion and modifies his sentence as follows:

- Defendant shall be released from Alvis House immediately and will begin home confinement immediately upon his release.

- Defendant shall serve the remaining portion of his supervised release term under home confinement.

- Defendant shall remain under home confinement until November 2, 2017.

- Defendant shall fully comply with all other terms and conditions of his original sentence.

**IT IS SO ORDERED.**



\_\_1-5-2016_____
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**